UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson, an Individual,<br><br>Plaintiff,<br><br>-vs.-<br><br>LMT Home Corporation, a California Corporation; Stanislaus Funding, Inc., a California Corporation<br><br>Defendants. | Case No: 20-cv-08741-VC<br><br>**[PROPOSED] ORDER RE:**<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT AND FILE APPLICATION PURSUANT TO CIVIL CODE SECTION 55.54**<br><br>**Judge: Hon. Vince Chhabria** |

-1-

UPON THE STIPULATION OF THE PARTIES, by and through their counsel of record, and for GOOD CAUSE SHOWN, the Court hereby extends the time for all named defendants to respond to the Summons and Complaint, and to file their Application Pursuant to Civil Code section 55.54 regarding the claims for Violations of the Americans With Disabilities Act, to February 22, 2021.

**IT IS SO ORDERED.**

Dated: January 15, 2021

*APPROVED*
*Judge Vince Chhabria*
*United States District Court, Northern District of California*

-2-

[PROPOSED] ORDER RE:
STIPULATION TO EXTEND THE TIME FOR
DEFENDANTS TO RESPOND TO THE COMPLAINT